| | |
|---|---|
| **CHRISTINA HUMPHREY LAW, P.C.** | **BRADLEY/GROMBACHER, LLP** |
| Christina A. Humphrey (SBN 226326) | Marcus J. Bradley (SBN 174156) |
| 1117 State Street | Kiley L. Grombacher (SBN 245960) |
| Santa Barbara, CA 93101 | 31365 Oak Crest Dr. Suite 240 |
| Telephone: (805) 618-2924 | Westlake Village, CA 91361 |
| Facsimile: (805) 618-2939 | Telephone: (805) 270-7100 |
| christina@chumphreylaw.com | Facsimile: (805) 270-7589 |
| | mbradley@bradleygrombacher.com |
| *[Attorneys for Plaintiffs]* | kgrombacher@bradleygrombacher.com |

*[Additional Counsel listed on following page]*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSA AREVALO, MICHELLE CORNEJO, ASIA FOWLER, THERESA PHUONG T MAI, and LILLIAN MENA, individually and as representatives of a Putative Class of Participants and Beneficiaries, on behalf of all similarly situated participants and beneficiaries on behalf of the CEDARS-SINAI HEALTH SYSTEM 403(B) RETIREMENT PLAN, <br><br> Plaintiffs, <br> v. <br><br> CEDARS-SINAI MEDICAL CENTER; THE CEDARS-SINAI BOARD OF DIRECTORS' PENSION INVESTMENT COMMITTEE, THE CEDARS-SINAI DEFINED CONTRIBUTION RETIREMENT PLANS' COMMITTEE, ANDY ORTIZ, DEBRA LEE, ERIC HOLOMAN, JOSHUA LOBEL, LESLIE VERMUT, RICHARD SINAIKO, STEVEN ROMICK, MARK RAPAPORT, JAMES NATHAN, DAVID WRIGLEY, JEFF SMITH, DAVID | Case No.: 5:23-cv-01124-JLS-SP <br><br> **JOINT NOTICE OF SETTLEMENT AND REQUEST TO VACATE ALL UPCOMING DEADLINES** <br><br> Judge: Hon. Josephine L. Staton <br> Courtroom: 8A |

MARSHALL, PASY WANG, BRYAN CROFT and DOES 1 through 10,

Defendants.

C. BEATRICE NUNEZ-BELLAMY (State Bar No. 310776)
  beatricenunezbellamy@dwt.com
LINDSAY SAMUEL (State Bar No. 320075)
  lindsaysamuel@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, California 90017-2566
Telephone: (213) 633-6800
Fax: (213) 633-6899

RICHARD J. BIRMINGHAM *(pro hac vice)*
  richbirmingham@dwt.com
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Telephone: (206) 622-3150
Fax: (206) 757-7700

CHRISTINE HAWKINS *(pro hac vice)*
  christinehawkins@dwt.com
DAVIS WRIGHT TREMAINE LLP
929 108th Avenue NE, Suite 1500
Bellevue, Washington 98004-4786
Telephone: (425) 646-6100
Fax: (425) 646-6199

*[Attorneys for Defendants]*

JOINT NOTICE OF SETTLEMENT AND REQUEST TO VACATE ALL UPCOMING DEADLINES

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiffs ROSA AREVALO, MICHELLE CORNEJO, ASIA FOWLER, THERESA PHUONG T MAI, and LILLIAN MENA, individually and as representatives of a Putative Class of Participants and Beneficiaries, on behalf of all similarly situated participants and beneficiaries on behalf of the CEDARS-SINAI HEALTH SYSTEM 403(B) RETIREMENT PLAN ("Plaintiffs"); counsel for Defendants CEDARS-SINAI MEDICAL CENTER; THE CEDARS-SINAI BOARD OF DIRECTORS' PENSION INVESTMENT COMMITTEE, THE CEDARS-SINAI DEFINED CONTRIBUTION RETIREMENT PLANS' COMMITTEE, ANDY ORTIZ, DEBRA LEE, ERIC HOLOMAN, JOSHUA LOBEL, LESLIE VERMUT, RICHARD SINAIKO, STEVEN ROMICK, MARK RAPAPORT, JAMES NATHAN, DAVID WRIGLEY, JEFF SMITH, DAVID MARSHALL, PASY WANG, and BRYAN CROFT ("Defendants") (collectively referred to as the "Parties"); have reached an agreement to settle all claims alleged in Plaintiffs' action through a class-wide settlement. The Parties have executed a term sheet reflecting the material terms of the settlement and are now in the process of obtaining signatures on the long-form settlement agreement and finalizing the motion for preliminary approval, all of which will be submitted to the court for approval no later than April 1, 2025.

In light of the settlement, and in the interest of judicial economy, the Parties request that the Court stay this case and all existing case deadlines, so that the Parties can focus on finalizing their full settlement agreement and moving for preliminary approval of the settlement.

| | | |
|---|---|---|
| 1 | Dated: February 26, 2025 | Respectfully submitted, |
| 2 | | CHRISTINA HUMPHREY LAW, P.C. |
| 3 | | BRADLEY GROMBACHER LLP |
| 4 | | <u>*/s/ Christina A. Humphrey*</u> |
| 5 | | Christina A. Humphrey |
| | | Marcus J. Bradley |
| 6 | | Kiley L. Grombacher |
| 7 | | *Attorneys for Plaintiffs* |

| | | |
|---|---|---|
| 9 | Dated: February 26, 2025 | DAVIS WRIGHT TREMAINE LLP |
| 10 | | |
| 11 | | <u>*/s/ Christine Hawkins*</u> |
| | | C. Beatrice Nunez-Bellamy |
| 12 | | Lindsay Samuel |
| 13 | | Richard J. Birmingham |
| | | Christine Hawkins |
| 14 | | *Attorneys for Defendants* |

-3-

## SIGNATURE ATTESTATION

Pursuant to L.R. 5-4.3.4, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from any other signatory to this document.

Dated: February 26, 2025

*/s/ Christina A. Humphrey*
Christina A. Humphrey
CHRISTINA HUMPHREY LAW, P.C.
*Attorneys for Plaintiffs*