**CHRISTINA HUMPHREY LAW, P.C.**
Christina A. Humphrey (SBN 226326)
1117 State Street
Santa Barbara, CA 93101
Telephone: (805) 618-2924
Facsimile: (805) 618-2939
christina@chumphreylaw.com

*[Attorneys for Plaintiffs]*

**BRADLEY/GROMBACHER, LLP**
Marcus J. Bradley (SBN 174156)
Kiley L. Grombacher (SBN 245960)
31365 Oak Crest Dr. Suite 240
Westlake Village, CA 91361
Telephone: (805) 270-7100
Facsimile: (805) 270-7589
mbradley@bradleygrombacher.com
kgrombacher@bradleygrombacher.com

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

ROSA AREVALO, MICHELLE CORNEJO, ASIA FOWLER, THERESA PHUONG T MAI, and LILLIAN MENA, individually and as representatives of a Putative Class of Participants and Beneficiaries, on behalf of all similarly situated participants and beneficiaries on behalf of the CEDARS-SINAI HEALTH SYSTEM 403(B) RETIREMENT PLAN,

Plaintiffs,

v.

CEDARS-SINAI MEDICAL CENTER; THE CEDARS-SINAI BOARD OF DIRECTORS' PENSION INVESTMENT COMMITTEE, THE CEDARS-SINAI DEFINED CONTRIBUTION RETIREMENT PLANS' COMMITTEE, ANDY ORTIZ, DEBRA LEE, ERIC HOLOMAN, JOSHUA LOBEL, LESLIE VERMUT, RICHARD SINAIKO, STEVEN ROMICK, MARK RAPAPORT, JAMES NATHAN, DAVID WRIGLEY, JEFF SMITH, DAVID

Case No.: 5:23-cv-01124-JLS-SP

**NOTICE OF PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, CONDITIONAL CERTIFICATION OF SETTLEMENT CLASS, APPROVAL OF CLASS NOTICE, AND SCHEDULING OF A FAIRNESS HEARING**

[Filed and served concurrently with Memorandum of Points and Authorities, Declarations of Attorneys Christina A. Humphrey and Marcus J. Bradley, Declaration of Administrator Lisa Mullins of ILYM Group, and [Proposed] Order]

Hearing Date: May 2, 2025
Time: 10:30 a.m.
Judge: Hon. Josephine L. Staton
Courtroom: 8A

-i-

1   MARSHALL, PASY WANG, BRYAN
    CROFT and DOES 1 through 10,

2

3                Defendants.

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION
SETTLEMENT, CONDITIONAL CERTIFICATION OF SETTLEMENT CLASS, APPROVAL OF CLASS
NOTICE, AND SCHEDULING OF A FAIRNESS HEARING

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on May 2, 2025 at 10:30 a.m., or as soon thereafter as the matter may be heard, before the Honorable Josephine L. Staton, in Courtroom 8A of this Court located at the First Street U.S. Courthouse, 350 West 1st St., Los Angeles, CA 90012, Plaintiffs Rosa Arevalo, Michelle Cornejo, and Theresa Phuong T Mai, individually and as representatives of a Putative Class of Participants and Beneficiaries, on behalf of all similarly situated participants and beneficiaries on behalf of the Cedars-Sinai Health System 403(B) Retirement Plan, ("Plaintiffs"), will and hereby do move the Court to  (1) preliminarily approve the submitted proposed Class Action Settlement, (2) certify the Settlement Class, (3) find Plaintiffs' counsel and their respective firms, Christina Humphrey Law, P.C., and Tower Legal Group, P.C. as adequate class counsel and certifying them as class counsel herein, (4) approve the Class Notice, and (5) schedule a Fairness Hearing.

Plaintiffs and Defendants respectfully submit that they are amenable to the Court deciding this Motion on the papers, without oral argument, if the Court deems it appropriate. Plaintiffs make this Motion pursuant to the March 18, 2025 Order by the Hon. Josephine L. Staton (ECF No. 113), Federal Rule of Civil Procedure 23(e)(1) and Civil Local Rule 7-3. This Motion is based on the Notice of Motion and Motion; the concurrently filed Memorandum in support; Declarations of Christina A. Humphrey, Esq. and Lisa Mullins of Settlement Administrator, ILYM Group, Inc., and all Exhibits appended thereto; all evidence, records, and pleadings in this action; oral argument that may be presented at any hearing of this Motion; and all other matters that the Court deems proper.

//

//

//

Dated: April 1, 2025

Respectfully submitted,

**CHRISTINA HUMPHREY LAW, P.C.**
**BRADLEY GROMBACHER LLP**

*/s/ Christina A. Humphrey*
Christina A. Humphrey
Marcus J. Bradley
Kiley L. Grombacher
*Attorneys for Plaintiffs*

NOTICE OF PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, CONDITIONAL CERTIFICATION OF SETTLEMENT CLASS, APPROVAL OF CLASS NOTICE, AND SCHEDULING OF A FAIRNESS HEARING