| | |
|---|---|
| **CHRISTINA HUMPHREY LAW, P.C.** | **BRADLEY/GROMBACHER, LLP** |
| Christina A. Humphrey (SBN 226326) | Marcus J. Bradley (SBN 174156) |
| 1117 State Street | Kiley L. Grombacher (SBN 245960) |
| Santa Barbara, CA 93101 | 31365 Oak Crest Dr. Suite 240 |
| Telephone: (805) 618-2924 | Westlake Village, CA 91361 |
| Facsimile: (805) 618-2939 | Telephone: (805) 270-7100 |
| christina@chumphreylaw.com | Facsimile: (805) 270-7589 |
| | mbradley@bradleygrombacher.com |
| [Attorneys for Plaintiffs] | kgrombacher@bradleygrombacher.com |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSA AREVALO, MICHELLE CORNEJO, and THERESA PHUONG T MAI, individually and as representatives of a Putative Class of Participants and Beneficiaries, on behalf of all similarly situated participants and beneficiaries on behalf of the CEDARS-SINAI HEALTH SYSTEM 403(B) RETIREMENT PLAN,<br><br>Plaintiffs,<br><br>v.<br><br>CEDARS-SINAI MEDICAL CENTER; THE CEDARS-SINAI BOARD OF DIRECTORS' PENSION INVESTMENT COMMITTEE, THE CEDARS-SINAI DEFINED CONTRIBUTION RETIREMENT PLANS' COMMITTEE, ANDY ORTIZ, DEBRA LEE, ERIC HOLOMAN, JOSHUA LOBEL, LESLIE VERMUT, RICHARD SINAIKO, STEVEN ROMICK, MARK RAPAPORT, JAMES NATHAN, DAVID WRIGLEY, JEFF SMITH, DAVID MARSHALL, PASY WANG, BRYAN CROFT and DOES 1 through 10,<br><br>Defendants. | Case No.: 5:23-cv-01124-JLS-SP<br><br>**NOTICE OF PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>[Filed and served concurrently with Memorandum of Points and Authorities, Declarations of Attorneys Christina A. Humphrey and Marcus J. Bradley, Declaration of Administrator Makenna Snow of ILYM Group, and [Proposed] Order]<br><br>Hearing Date: December 5, 2025<br>Time: 10:30 a.m.<br>Judge: Hon. Josephine L. Staton<br>Courtroom: 8A |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on December 5, 2025 at 10:30 a.m., or as soon thereafter as the matter may be heard, before the Honorable Josephine L. Staton, in Courtroom 8A of this Court located at the First Street U.S. Courthouse, 350 West 1st St., Los Angeles, CA 90012, Plaintiffs Rosa Arevalo, Michelle Cornejo, and Theresa Phuong T Mai, individually and as representatives of a Putative Class of Participants and Beneficiaries, on behalf of all similarly situated participants and beneficiaries on behalf of the Cedars-Sinai Health System 403(B) Retirement Plan, ("Plaintiffs"), will and hereby do move the Court to grant Plaintiffs' Unopposed Motion for Final Approval of Settlement ("Motion") pursuant to the Court's Order Granting Plaintiffs' Motion for Preliminary Approval and Approval of Class Notice dated August 28, 2025 (hereinafter, "Preliminary Approval Order"). See ECF No. 126.

Defendants Cedars-Sinai Medical Center; The Cedars-Sinai Board Of Directors' Pension Investment Committee, The Cedars-Sinai Defined Contribution Retirement Plans' Committee, Andy Ortiz, Debra Lee, Eric Holoman, Joshua Lobel, Leslie Vermut, Richard Sinaiko, Steven Romick, Mark Rapaport, James Nathan, David Wrigley, Jeff Smith, David Marshall, Pasy Wang, and Bryan Croft ("Defendants" or "Cedars-Sinai"), (collectively with Plaintiffs, the "Parties") do not oppose this Motion.

Plaintiffs move the Court to enter an Order that grants Final Approval of the proposed Settlement as fair, reasonable and adequate. Plaintiffs bring this Motion pursuant to Federal Rule of Civil Procedure 23(e), and it is supported by the concurrently filed Memorandum in support; Declarations of Attorneys Christina A. Humphrey and Marcus J. Bradley, Declaration of Settlement Administrator Lisa Mullins, and all Exhibits appended thereto; all evidence, records, and pleadings in this action; oral argument that may be presented at any hearing of this Motion; and

all other matters that the Court deems proper.

    The Parties have met all deadlines provided in the Preliminary Approval Order. Plaintiffs and Defendants stand ready to provide any additional information or materials that the Court may require in connection with consideration of this Motion at this time.

Dated: October 21, 2025      Respectfully submitted,

**CHRISTINA HUMPHREY LAW, P.C.**
**BRADLEY GROMBACHER LLP**

*/s/Christina A. Humphrey*
Christina A. Humphrey
Marcus J. Bradley
Kiley L. Grombacher
*Attorneys for Plaintiffs*