JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSA AREVALO, MICHELLE CORNEJO, and THERESA PHUONG T MAI, individually and as representatives of a Putative Class of Participants and Beneficiaries, on behalf of all similarly situated participants and beneficiaries on behalf of the CEDARS-SINAI HEALTH SYSTEM 403(B) RETIREMENT PLAN, <br><br> Plaintiffs, <br><br> v. <br><br> CEDARS-SINAI MEDICAL CENTER; THE CEDARS-SINAI BOARD OF DIRECTORS' PENSION INVESTMENT COMMITTEE, THE CEDARS-SINAI DEFINED CONTRIBUTION RETIREMENT PLANS' COMMITTEE, ANDY ORTIZ, DEBRA LEE, ERIC HOLOMAN, JOSHUA LOBEL, LESLIE VERMUT, RICHARD SINAIKO, STEVEN ROMICK, MARK RAPAPORT, JAMES NATHAN, DAVID WRIGLEY, JEFF SMITH, DAVID MARSHALL, PASY WANG, BRYAN CROFT and DOES 1 through 10, <br><br> Defendants. | Case No.: 5:23-cv-01124-JLS-SP <br><br> **FINAL JUDGMENT** |

      The Court hereby enters judgment on all claims, counts, and causes of action alleged in the Action. Notwithstanding the reservation of jurisdiction in the Court's Final Approval Order (Doc. 135) to enforce the Settlement Agreement and resolve any disputes that might arise during its term, this is a final and appealable judgment that ends the litigation of the Action. The Clerk is directed to enter this judgment in the civil docket forthwith.

      **IT IS SO ORDERED**.

DATED: February 15, 2026

                HON. JOSEPHINE L. STATON
                UNITED STATES DISTRICT JUDGE